UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

      - v -                             :         ORDER
                                                  19-cr-195 (KMK)
MAXIMILIANO TORRES TORRES,        :

      Defendant.                         :

- - - - - - - - - - - - - - - - x

      KENNETH M. KARAS, U.S.D.J.

      WHEREAS MAXIMILIANO TORRES TORRES has indicated his intent to enter a guilty plea, pursuant to a plea agreement, to two counts of the indictment filed in this matter;

      WHEREAS the ongoing COVID-19 pandemic necessitates that the change-of-plea hearing in this case take place remotely;

      WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

      THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated April 15, 2021, the

change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated:    White Plains, New York
          April 15 , 2021

SO ORDERED:

HONORABLE KENNETH M. KARAS
United States District Judge
Southern District of New York