UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Plaintiff,                **MEMORANDUM**

      -against-                                          7:19cr-00195-KMK

Maximiliano Torres Torres
                              Defendant.
-------------------------------------------------------------x

TO: <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the 4/22/2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 19, 2021
       White Plains, New York

                                                      Respectfully Submitted,

                                                        s/ Paul E. Davison

                                                        _____
                                                        PAUL E. DAVISON
                                                        United States Magistrate Judge