

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 19, 2021

**BY ECF and Email**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Maximiliano Torres-Torres*, 19 Cr. 195 (KMK)

Dear Judge Karas:

    The Government and the above-referenced defendant respectfully submit this letter to request that the Court amend the above-referenced indictment to correct the defendant's name. The Indictment charges the defendant as "Maximiliano Torres-Torres," but as the defendant admitted in his presentence interview, the name "Maximiliano Torres-Torres" is an alias and his real name is "Jofre Santana." *See* PSR ¶ 54. The parties jointly request that the Court issue an order amending the Indictment to charge him as "Jofre Santana." Although Federal Rule of Criminal Procedure 7(e) only refers to amending an information, federal courts have extended this rule to permit the amendment of an Indictment to correct the spelling of a name where the Government and defendant consent. *See*, e.g., *United States v. Perez*, 769 F.2d 1336, 1338 (9th Cir. 1985) ("The amendment simply conformed the indictment to the accused's preferred name. The accused was not prejudiced by this change-he consented to it. . . . Therefore, the amendment was proper.").

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

Granted.
So Ordered.
/s/ KMK
11/19/21